IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  NO. 18-CR-2945 WJ |
| | ) |
| JANY LEVEILLE, et al, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF UNAVAILABILITY

Shammara H. Henderson respectfully notifies the Court and counsel of record that she will be unavailable from January 2, 2020 through January 20, 2020, due to being called into service for jury duty in the Second Judicial District and respectfully requests that no hearings or other proceedings be scheduled during this time frame.

Respectfully submitted,

*Electronically filed December 5, 2019*
SHAMMARA H. HENDERSON
Attorney for Defendant
Siraj Wahaj
FREEDMAN BOYD HOLLANDER
GOLDBERG URIAS & WARD P.A.
20 First Plaza, Suite 700
Albuquerque, NM 87102
505-842-9960 office
505-842-0761 fax
shh@fbdlaw.com

1

## CERTIFICATE OF SERVICE

      I hereby certify that I filed the foregoing document electronically through the CM/ECF system. Pursuant to the CM/ECF Administrative Procedures Manual, §§1(a),7(b)(2), such filing is the equivalent of service on parties of record.

/s/_____
Shammara H. Henderson