IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

vs.                                             No. 18-CR-2945 WJ

**SIRAJ WAHHAJ,**

        **Defendants.**

## DEFENDANT SIRAJ WAHHAJ'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE WHY MOTION AND REPLY SHOULD NOT BE UNSEALED

      COMES NOW, Defendant Siraj Wahhaj by and through his counsel of record, Thomas Clark, Esq. and Erlinda O. Johnson, Esq., and hereby respectfully responds to the Court's order to show cause why defendant's motion to lift the case stay as to Mr. Wahhaj and his reply (docs. 231, 240) should not be unsealed. Mr. Wahhaj respectfully submits that he does not object to the unsealing of documents 231 and 240.

      Mr. Wahhaj further submits that the he, through counsel, filed documents 231 and 240 available to case participants but not the public because the mental competency issues concerning co-defendants was mentioned in the documents.[1] Therefore, due to concerns over the privacy interests in the mental health condition of the co-defendants, the documents were filed as available only to case participants. However, Mr. Wahhaj does not object to the unsealing of documents 231 and 240.

---

[1] It should be noted that some of the pleadings concerning co-defendants have been filed under seal.

Respectfully submitted,

/s/*Thomas Clark*_____
Thomas Clark
Attorney for Defendant Siraj Wahhaj

*/s/  Erlinda O. Johnson*
Erlinda O. Johnson
Attorney for Defendant Siraj Wahhaj

I hereby certify that a true and
Correct copy of the foregoing was
Served on counsel for the
Government vis CM-ECF, on this 17th day
of August 2020.

/s/_____
Erlinda O. Johnson