IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA

    Plaintiff,

v.                                                       No. 1:18-CR-02945-WJ

**SIRAJ IBN WAHHAJ,**

    Defendant.

### DEFENDANT SIRAJ WAHHAJ'S FIFTH NOTICE OF ASSERTION OF HIS RIGHT TO A SPEEDY TRIAL

COMES NOW Defendant Siraj Wahhaj by and through his counsel of record and hereby notifies this Honorable Court and the Government that he is hereby once again asserting his right to a Speedy Trial pursuant to the Sixth Amendment to the United States Constitution and *Barker v. Wingo*, 407 U.S. 514, 519 (1972). As such, Mr. Wahhaj notes that he has been in continuous custody since August 5, 2018, without the benefit of a trial. Mr. Wahhaj further notes that he is legally competent to proceed trial. However, his individual case has been stayed due to competency issues of co-defendants. Nevertheless, Mr. Wahhaj still enjoys the protections of the Sixth Amendment and hereby asserts his right to a speedy trial and demands same.

                                                   Respectfully Submitted,

                                                   */s/Thomas J. Clark*
                                                   Thomas J. Clark
                                                   Counsel for Siraj Wahhaj
                                                   432 Galisteo Street
                                                   Santa Fe, NM 87501

                                                   Electronically filed on 3/24/22
                                                   Erlinda O. Johnson
                                                   Attorney for Siraj Wahhaj
                                                   620 Roma Ave. N.W.
                                                   Albuquerque, N.M. 87109

I hereby certify that a true
and correct copy of the foregoing
was provided, electronically, to
opposing counsel of record via CM/ECF/
on this _24th__ day of March 2022.

<u>Electronically filed on 3/24/22</u>
Erlinda O. Johnson
Attorney at Law