IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                 Case No. 1:18-cr-02945-WJ

SIRAJ IBN WAHHAJ,

    Defendant.

**ORDER STRIKING DEFENDANT'S *PRO SE* MOTION TO DISMISS AND SUPPLEMENT**

    THIS MATTER comes before the Court upon Defendant's Motion to Dismiss the Indictment With Prejudice (Doc. 513) and Defendant's Supplemental Motion (Doc. 514) filed *pro se* by Defendant Siraj Wahhaj on November 14, 2022.

    Defendant is presently represented by counsel in this matter, *see* Doc. 11, 72, 80, 81, 82, 200. Pursuant to this Court's local rules, a represented party may not submit *pro se* filings without prior approval of the court. Specifically, Local Rule 44.2 provides that "[u]nless permitted by the Court, a defendant who is represented by an attorney may not represent him or herself in any way, including filing any document other than a motion for new counsel, a motion seeking to represent him or herself, or a notice of appeal." D.N.M.-LR-CR 44.2.  Defendant did not obtain prior approval from this Court to submit his *pro se* filing as required by Local Rule 44.2.

    District Courts have discretion as to whether to allow hybrid representation. *See United States v. Couch*, 758 F. App'x 654, 656 (10th Cir. 2018).  This Court does not permit hybrid representation. *Id.* ("You either represent yourself or you're represented by counsel.").  Defendant is currently represented by appointed counsel so he may not file pleadings on behalf of himself, and the Court will not consider pleadings filed by Defendant *pro se*.

    **For this reason:**

(1) the United States' Motion to Strike Defendant Siraj Ibn Wahhaj's Pro Se Motion to Dismiss Indictment (Doc. 520) is GRANTED; and

(2) Documents 513 and 514 are hereby STRICKEN.

**IT IS SO ORDERED**.

_____
CHIEF UNITED STATES DISTRICT JUDGE