IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | 18-CR-02945-WJ |
| ) | |
| vs. ) | |
| ) | |
| SIRAJ WAHHAJ, ) | |
| ) | |
| Defendant, ) | |

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
NOV 29 2022
MITCHELL R. ELFERS
CLERK

COMES NOW Defendant giving notice of appeal for the Court Order Striking Defendant's Pro se Motion To Dismiss and Supplement. (Doc. 524)

1

*[signature]*
Siraj Ibn Wahhaj
#00414151

I swear under penalty of perjury that these statements are true and correct.

Dated: 11/27/22

SIGNED AND SWORN TO before me this_____ day of _____
20____,by_____.

My commission expires;_____          Notary public
(SEAL)

Siraj Wahhaj #00444151
P.O. Box 3540
Milan, New Mexico 87021

Legal Mail

**RECEIVED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

NOV 29 2022

MITCHELL R. ELFERS
CLERK

Pete V. Domenici U.S. Courthouse
333 Lomas Blvd. NW, Suite 270
Albuquerque, NM 87102

Legal Mail