IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                   Case No. 1:18-cr-02945-WJ

SIRAJ IBN WAHHAJ,

    Defendant.

## ORDER STRIKING DEFENDANT'S *PRO SE NOTICE OF APPEAL*

THIS MATTER comes before the Court upon Defendant's notice of appeal (Doc. 534) filed *pro se* by Defendant Siraj Wahhaj on November 29, 2022.

Defendant is presently represented by counsel in this matter, *see* Doc. 11, 72, 80, 81, 82, 200. Pursuant to this Court's local rules, a represented party may not submit *pro se* filings without prior approval of the court. Specifically, Local Rule 44.2 provides that "[u]nless permitted by the Court, a defendant who is represented by an attorney may not represent him or herself in any way, including filing any document other than a motion for new counsel, a motion seeking to represent him or herself, or a notice of appeal." D.N.M.-LR-CR 44.2. Defendant did not obtain prior approval from this Court to submit his *pro se* filing as required by Local Rule 44.2. Defendant is currently represented by appointed counsel so he may not file pleadings on behalf of himself, and the Court will not consider pleadings filed by Defendant *pro se*.

The Court previously struck Defendant Siraj Ibn Wahhaj's Pro Se Motion to Dismiss Indictment (Doc. 520) on the grounds that Defendant may not submit pro se filings in this case because he is represented by counsel. Defendant now seeks to file a pro se interlocutory notice of appeal, purporting to appeal from that ruling.[1] The Court will strike the pro se notice of appeal on the grounds that it violated Local Rule 44.2.

---

[1] The Court also notes that the Order striking the Pro Se Motion to Dismiss Indictment is not an appealable order.

For this reason, Defendant Siraj Ibn Wahhaj's pro se notice of appeal (Doc. 534) is hereby **STRICKEN.**

**IT IS SO ORDERED**.

_____
CHIEF UNITED STATES DISTRICT JUDGE