IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | 18-CR-02945-WJ |
| | ) | |
| | ) | **FILED** |
| vs. | ) | UNITED STATES DISTRICT COURT |
| | ) | ALBUQUERQUE, NEW MEXICO |
| SIRAJ WAHHAJ, | ) | AUG 2 1 2023 |
| | ) | |
| Defendant, | ) | MITCHELL R. ELFERS |
| | | CLERK |

## MOTION TO BE PRESENT FOR DISCOVERY AND INSPECTION OF EVIDENCE

**COMES NOW**, Siraj Wahhaj Pro Se respectfully submits, a motion to to be present during the Discovery and inspection of evidence. In support thereof, Defendant submits the following: Rule 16 Discovery and Inspection (a)(1)(E)(F

## INTRODUCTION

Rule 16 Discovery and Inspection (a)(1)(E)(F) Government's Disclosure.(1) Information Subject to Disclosure

**(E) Documents and Objects**. Upon a defendant's request, the government must permit the defendant to inspect and copy or photograph books, papers, documents, data, photographs, tangible objects, buildings or places, or copies or portions of any of these items, if the item is within the government's possession, custody, or control and;
    i. the item is material to preparing the defense;
    ii. the government intends to use the item in its case -in- chief at trial; or
    iii. the item was obtained from or belongs to the defendant.

1

**(F) Reports of Examinations and Test**
Upon a defendant's request, the government must permit a defendant to inspect and to copy or photograph the results or reports of any physical; or mental examination and of any scientific test or experiment if:
  i. the item is within the government's possession, custody, or control
  ii. the attorney for the government knows-- or through due diligence could know-- that the item exists; and
  iii. the item is material to preparing the defense or the government intends to use the item in its case- in chief at trial.

# CONCLUSION

Defendant is representing himself Pro Se, it is imperative to allow him to be present for inspection of discovery in order to effectively prepare for his defense. Therefore, for the foregoing reasons defendant is respectfully requesting this Court to grant defendant's motion to be present for discovery and Inspection of evidence according to Rule 16 (a)(1)(E)(F).

Respectfully Submitted,

by: *[signature]*
Siraj Wahhaj
414151

Siraj Wahhaj
federal detainee #00444151
P.O. Box 3540
Milan, NM 87021

Legal
mail)

ALBUQUERQUE NM 870
18 AUG 2023 PM 2 L
USA ★ FOREVER

United States District Court
ALBUQUERQUE, NEW MEXICO
AUG 21 2023
CoreCivic
Inmate
Not res
for

MITCHELL R. ELFERS
CLERK

Released

MITCHELL R. ELFERS, Clerk
District of New Mexico
Office of the Clerk
Suite 270
333 Lomas Blvd, N.W.
Albuquerque, New Mexico 87102

Legal
mail)

87102-227330