IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 18-2945 WJ |
| ) | |
| vs. ) | |
| ) | |
| **SIRAJ IBN WAHHAJ**, ) | |
| ) | |
| Defendant. ) | |

### UNITED STATES' RESPONSE TO DEFENDANT SIRAJ WAHHAJ'S MOTION TO NOT BE SHACKLED IN FRONT OF THE JURY

The United States of America hereby responds to Defendant Siraj Wahhaj's Motion to Not Be Shackled in Front of the Jury (Doc. 940). It is the United States' understanding that the Court has already advised the United States Marshals Service (USMS) that the Defendants are not to be shackled or restrained in the presence of the jury. Regardless, the United States defers to the Court and the USMS, but otherwise is not opposed to Defendant Siraj Wahhaj and his co-defendants not being shackled in the presence of the jury.

Respectfully submitted,

ALEXANDER M.M. UBALLEZ
United States Attorney

*/s/ Electronically filed*
KIMBERLY A. BRAWLEY and
TAVO HALL
Assistant U.S. Attorneys
P.O. Box 607
Albuquerque, New Mexico 87103
(505) 346-7274

GEORGE C. KRAEHE
Trial Attorney
Counterterrorism Section
National Security Division
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC  20530

I HEREBY CERTIFY that I filed the foregoing pleading electronically through the CM/ECF system, which caused counsel of record to be served by electronic means, and a copy was also mailed to Defendants Siraj Wahhaj and Lucas Morton.

*/s/ Filed Electronically*
KIMBERLY A. BRAWLEY
Assistant U.S. Attorney