IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 18-2945 WJ |
| vs. | ) |
| **SIRAJ IBN WAHHAJ**, | ) |
| Defendant. | ) |

## UNITED STATES' RESPONSE TO DEFENDANT SIRAJ WAHHAJ'S MOTION TO BE PRESENT FOR DISCOVERY AND INSPECTION OF EVIDENCE

The United States of America hereby responds to Defendant Siraj Wahhaj's Motion to Be Present for Discovery and Inspection of Evidence (Doc. 941).

The United States does not dispute that Defendant Siraj Wahhaj has a right to receive discovery (which he has received throughout this case) and to inspect the physical evidence that was seized as part of the investigation of this case. The various defense teams, United States Attorney's Office, Federal Bureau of Investigation (FBI), and United States Marshals Service (USMS) have been working over the past few weeks to schedule appointments for each defense team to review the physical evidence. Defendants Siraj Wahhaj and Lucas Morton are scheduled to review all the physical evidence at the courthouse on Thursday, September 7, 2023, and the Court, USMS, and FBI have been very accommodating in making this happen.

Wherefore, given that Defendant Siraj Wahhaj will review the physical evidence in approximately a week, and given that he has already received the other discovery disclosed in this case, the United States respectfully requests that his motion be denied because it is moot.

Respectfully submitted,

ALEXANDER M.M. UBALLEZ
United States Attorney

***/s/ Electronically filed***
KIMBERLY A. BRAWLEY and
TAVO HALL
Assistant U.S. Attorneys
P.O. Box 607
Albuquerque, New Mexico 87103
(505) 346-7274

GEORGE C. KRAEHE
Trial Attorney
Counterterrorism Section
National Security Division
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC  20530

I HEREBY CERTIFY that I filed the foregoing pleading electronically through the CM/ECF system, which caused counsel of record to be served by electronic means, and a copy was also mailed to Defendants Siraj Wahhaj and Lucas Morton.

***/s/ Filed Electronically***
KIMBERLY A. BRAWLEY
Assistant U.S. Attorney