IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | CRIMINAL NO. 18-2945 WJ |
| SIRAJ IBN WAHHAJ, | ) ) ) | |
| Defendant. | ) | |

# **VERDICT**

## **COUNT 1**

WE, THE JURY, find the Defendant, **SIRAJ IBN WAHHAJ**, _GUILTY_
(Guilty or Not Guilty)

of Conspiracy to Provide Material Support to Terrorists, as charged in Count 1 of the Indictment.

## **COUNT 2**

WE, THE JURY, find the Defendant, **SIRAJ IBN WAHHAJ**, _GUILTY_
(Guilty or Not Guilty)

of Providing Material Support to Terrorists, as charged in Count 2 of the Indictment.

1

## COUNT 3

*In order to find **SIRAJ IBN WAHHAJ** guilty of Conspiracy to Murder an Officer or Employee of the United States, you must determine whether the United States has proven beyond a reasonable doubt that at least one of the charged Defendants committed at least one of the following alleged acts in furtherance of the conspiracy. As for **SIRAJ IBN WAHHAJ** and each alleged act, if the jury is unanimous that the United States proved beyond a reasonable doubt that **SIRAJ IBN WAHHAJ** committed the act, the jury foreperson shall write "true" in the blank next to the alleged act. If the jury cannot agree that the United States proved the alleged act, do not fill in the blank next to the alleged act.*

WE, THE JURY, find the Defendant, **SIRAJ IBN WAHHAJ**, __GUILTY__
(Guilty or Not Guilty)

of Conspiracy to Murder an Officer or Employee of the United States, as charged in Count 3 of the Indictment.

_____ In or about December 2017, in the State of Georgia, **SIRAJ IBN WAHHAJ** provided at least ten firearms to his coconspirators.

_____ In or about December 2017, **SIRAJ IBN WAHHAJ** traveled with others from the State of Georgia to the State of Alabama in vehicles, while armed with firearms and ammunition.

_____ In or about December 2017, **SIRAJ IBN WAHHAJ** traveled with others from the State of Alabama to the State of New Mexico in a vehicle owned by **LUCAS MORTON**, while armed with firearms and ammunition.

__TRUE__ In or between December 2017 and August 2018, in the District of New Mexico, **SIRAJ IBN WAHHAJ** built and maintained a compound comprised of materials such as a wooden frame, a trailer, plastic tarps, and tire walls and barriers.

__TRUE__ In or between December 2017 and August 2018, in the District of New Mexico, **SIRAJ IBN WAHHAJ** stored firearms and ammunition on the compound.

__TRUE__ In or between December 2017 and August 2018, in the District of New Mexico, **SIRAJ IBN WAHHAJ** built a firing range on the compound.

|  |  |
|---|---|
| _____ | In or between December 2017 and August 2018, in the District of New Mexico, **SIRAJ IBN WAHHAJ** dug an underground tunnel leading away from the compound. |
| TRUE | In or between December 2017 and August 2018, in the District of New Mexico, **SIRAJ IBN WAHHAJ** possessed and shot a firearm on the compound's firing range. |
| TRUE | In or between December 2017 and August 2018, in the District of New Mexico, **SIRAJ IBN WAHHAJ** trained persons, including other members of the compound, in using firearms and performing tactical maneuvers. |
| TRUE | In or between December 2017 and August 2018, in the District of New Mexico and elsewhere, **SIRAJ IBN WAHHAJ** instructed persons, including other occupants of the compound, to be prepared to engage in jihad, to die as martyrs, and to engage in violent acts, including killing Federal Bureau of Investigation employees, government officials, and military personnel. |

Dated this __17__ day of October, 2023.

_____
FOREPERSON